427 A.2d 1216

Commonwealth v. Vorhauer, Appellant.

Submitted March 23, 1979. Marc Robert Steinberg, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WATKINS and HOFFMAN, JJ.

Order affirmed.

HOFFMAN, J., concurred in the result.